# EXHIBIT A



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | CREDIT BUREAU U.S.A., INC. | **File Number** | 59432915 |
| **Status** | WITHDRAWN | | |
| **Entity Type** | CORPORATION | **Type of Corp** | FOREIGN BCA |
| **Qualification Date (Foreign)** | 05/27/1997 | **State** | INDIANA |
| **Agent Name** | SHERYL K SCHUMANN | **Agent Change Date** | 05/05/2009 |
| **Agent Street Address** | 18505 S STEWART AVE | **President Name & Address** | ROBERT G SCHUMANN 18505 STEWART HOMEWOOD 60430 |
| **Agent City** | HOMEWOOD | **Secretary Name & Address** | WITHDRAWN 10 10 12 |
| **Agent Zip** | 60430 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 03/19/2012 | **For Year** | 2012 |
| **Old Corp Name** | 11/27/2002 - EAST CHICAGO CREDIT BUREAU, INC. | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT B



## CORPORATION FILE DETAIL REPORT

| Entity Name | REGIONAL RECOVERY SERVICES INC. | File Number | 68584264 |
|---|---|---|---|
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 11/08/2012 | State | INDIANA |
| Agent Name | SHERYL K SCHUMANN | Agent Change Date | 11/08/2012 |
| Agent Street Address | 18505 STEWART AVE | President Name & Address | ROBERT SCHUMANN 18505 STEWARTAVE HOMEWOOD IL 60430 |
| Agent City | HOMEWOOD | Secretary Name & Address | VACANT |
| Agent Zip | 60430 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/23/2014 | For Year | 2014 |

Return to the Search Screen

Purchase Certificate of Good Standing

**(One Certificate per Transaction)**

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

# EXHIBIT C

Illinois
Department of Financial and Professional Regulation

Search for a license

log
(/Login.aspx)

**LICENSE LOOKUP**

Return to DFPR
(http://www.idfpr.com)

Lookup a license
(/lookup/licenselookup.aspx)

Lookup Help
(http://www.idfpr.com/licenselookup/lookuphelp.asp)

Back to search results

### Credential Details

Illinois Department of Financial and Professional Regulation

Contact

| Name | City/State/Zip | DBA/AKA |
|---|---|---|
| REGIONAL RECOVERY SERVICES INC | Hammond, IN 46320-1723 | |

Contact Information

License

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|
| 017021733 | LICENSED COLLECTION AGENCY | ACTIVE | 03/29/2013 | 03/29/2013 | 05/31/2015 |

License Information

3/4/2015 11:51:18 AM

Printable View

Financial & Professional Regulation (http://www.idfpr.com/default.asp)

State of Illinois (http://www.illinois.gov/) Illinois Privacy Information (http://www2.illinois.gov/privacy.cfm) Privacy Statement (http://www.idfpr.com/privacystatement.asp) Accessibility (http://www.illinois.gov/iwas/) Contact IDFPR (http://www.idfpr.com/contact.asp)

# EXHIBIT D

# Regional Recovery Services, Inc.

PO BOX 3333 Munster In 46321
219.803.0823(Office) 219.803.6081(Fax)

# SETTLEMENT OFFER

TRACY JIMENEZ

Mar 5, 2014

Dear TRACY JIMENEZ

CBUSA #:
CBR #:
CLIENT #:         LADD ERIC DDS
ACCT #:
CURR BAL : $     250.04

Would you be interested in a negotiated **SETTLEMENT** of 80%?

Our client, **LADD ERIC DDS**, has proposed a SETTLEMENT opportunity for you. They have agreed to accept 80% of your current balance due as a SETTLEMENT of your outstanding obligation to them. This *is* a savings of 20% of your current balance due.

This offer expires 30 days from the date on this letter.

To take advantage of this savings you must call 219.803.0823

This communication is from a debt collector and is an attempt to collect a debt any information obtained will be used for that purpose.

Thank You,

Regional Recovery Services, Inc.

# EXHIBIT G

May 10, 2014

Regional Recovery Services, Inc.
PO Box 3333
Munster, IN 46321

Re: *TRACY JIMENEZ*

*ACCOUNT #9450 (LADD ERIC DDS)*

Dear Sir or Madam:

This letter is concerning the above referenced debt.

Debtors Legal Clinic is a non-profit legal services organization that advises senior citizens, veterans, and low-income individuals whose income is protected by law of their rights under various state and federal statutes. Our clinic represents the above-referenced client for the purposes of enforcing their rights pursuant to all applicable debt collection laws.

This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the amount reported is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312)765-7561 to speak with the attorney assigned to the matter, Andrew Finko. As legal representative for the client, all future communication regarding this debt must be conducted through our office.

Sincerely, /s/ Andrew Finko.

Client Name:

*TRACY JIMENEZ*

DEBTORS LEGAL CLINIC
565 W. ADAMS STREET, SUITE 565 • CHICAGO, IL 60661
PHONE: (312) 765-7561

# EXHIBIT H

01/02/2015

**-Begin Credit Report-**

## Personal Information

**SSN:** ▮

**Names Reported:** TRACY A. JIMENEZ and TRACY A. GULLEY

**Addresses Reported:**

| Address | Date Reported |
|---|---|
| ▮ | ▮ |
| ▮ | ▮ |

You have been on our files since ▮
Date of Birth: ▮



**CBUSA INC   #9954**\*\*

POB 3333
MUNSTER, IN 46321
(219) 932-1000

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 06/02/2011 | **Balance:** | $250 | **Pay Status:** | >In Collection< |
| | | **Date Updated:** | 10/03/2014 | | |
| **Responsibility:** | Individual Account | **Original Amount:** | $250 | | |
| **Account Type:** | Open Account | **Original Creditor:** | MEDICAL-LADD ERIC DDS (Medical/Health Care) | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | | | | |
| | | **Past Due:** | >$250< | | |

**Remarks:** >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 04/2018